UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY CAREY,

    Plaintiff,

Case No. 20-cv-10451
Hon. Matthew F. Leitman

v.

NABIMA BASSETT, *et al.*,

    Defendants.

_____/

### ORDER (1) VACATING ORDER TO SHOW CAUSE (ECF No. 4) AND (2) DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

On February 20, 2020, Plaintiff Kimberly Carey filed this action against the Defendants. (*See* Compl., ECF No. 1.) Carey alleges, among other things, that Defendants discriminated against her on the basis of her race. (*See id.*)

When Carey filed this action, the Court provided her a notice informing her that pursuant to Local Rule 11.2, she was required to "promptly file a notice with the Clerk and serve a copy of the notice on all parties whenever [her] address, e-mail address, phone number and/or other contact information changes." (*See* Notice and Certificate of Service, ECF No. 3, PageID.17, citing E.D. Mich. Local Rule 11.2.) The Court warned Carey that the "failure to promptly notify the court of a change in address or other contact information may result in the **dismissal** of [her] case." (*Id.*; emphasis in original).

As of July 8, 2021, Carey had not taken any action to prosecute her case. The Court therefore required Carey to show cause, in writing, by no later than August 9, 2021, why the Court should not dismiss her action "for failure to prosecute" (the "Show Cause Order") (Show Cause Order, ECF No. 4, PageID.18.) The Court mailed the Show Cause Order to the address Carey had provided the Court. (*See* Dkt.)

On July 30, 2021, the Show Cause Order was returned to the Court as undeliverable. (*See* ECF No. 5.) That return indicates that Carey has failed to comply with Local Rule 11.2 by informing the Court of her current mailing address. This is not a mere technical violation of the rules. Without a current address, the Court has no way of administering this civil action.

Accordingly, for all of the reasons stated above, and because Carey has failed to comply with Local Rule 11.2 by updating her current address, **IT IS HEREBY ORDERED** that (1) the Show Cause Order (ECF No. 4) is **VACATED** and (2) Carey's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: August 10, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 10, 2021, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-3794